**SEALED**

FILED
JAN 1 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL BRADLEY,<br><br>　　　　Defendant. | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE<br><br>1:12 CR 0 0 0 0 0 7 AWI  |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 1-12-12　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

3