1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

FILED

JAN 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      )    1:12-CR-007 AWI
                                    )
12 |        Plaintiff,               )
                                    )    ORDER RE: MOTION TO UNSEAL
13 |   v.                            )    INDICTMENT
                                    )
14 | DARRYL BRADLEY,                 )
                                    )
15 |        Defendant.               )
   |_____)

18        Pursuant to the motion by the United States, IT IS HEREBY

19 ORDERED that the Indictment filed on January 12, 2012 be unsealed.

21 DATED:  1/24/12                _____
                                  U.S. MAGISTRATE JUDGE