DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARRYL BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DARRYL BRADLEY,<br><br>    *Defendant.* | No. 1:12-cr-0007 AWI DLB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  April 9, 2012<br>TIME:  1:00 P.M.<br>JUDGE: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 13, 2012, **may be continued to April 9, 2012 at 1:00 p.m.**

     This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The case is currently set for a first time status conference. Defense is in receipt of the initial discovery as well as an offer from the government. Defense needs additional time to investigate certain matters and view the evidence in this case. Defense would also like an opportunity to engage in further plea negotiations and make a counter-offer. The requested continuance is with the intention of conserving time and resources for both parties and the court.

     The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 3, 2012         By:   /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: February 3, 2012         By:   /s/ Charles J. Lee
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DARRYL BRADLEY

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 3, 2012**              /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE