HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DARRYL BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-00007 LJO |
|---|---|---|
| *Plaintiff,* | ) ) ) | ORDER FOR ASSESSMENT OF DARRYL BRADLEY AT FRESNO COUNTY JAIL BY |
| vs. | ) ) | FRESNO REGIONAL CENTER STAFF |
| DARRYL BRADLEY, | ) ) ) |  |
| *Defendant.* | ) | Judge:  Hon. Lawrence J. O'Neill |

On February 6, 2017 counsel for defendant, Darryl Bradley, requested that sentencing be reset to March 20, 2017 to permit certain evaluations to be completed.  One of the evaluations is an assessment by the Fresno Regional Center to determine whether Mr. Bradley is eligible to receive services from that agency.  The government is not opposed to defendant's request. Therefore the Court hereby orders that the Fresno Regional Center be permitted access to Mr. Bradley at the Fresno County Jail to conduct its assessment.  Counsel for Mr. Bradley is to make arrangements for the professional visit at the Fresno County Jail.

IT IS SO ORDERED.

Dated:  **February 23, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE