| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Counsel for Defendant
DARRYL BRADLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00007 LJO |
| | ) | |
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING; ORDER** |
| vs. | ) | |
| | ) | |
| DARRYL BRADLEY, | ) | |
| | ) | DATE: January 29, 2018 |
| | ) | TIME: 8:30 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Darryl Bradley, that the sentencing hearing now set for January 22, 2018 **be continued to January 29, 2018, at 8:30 a.m.**

Additional time is needed to have Mr. Bradley considered for appropriate services.

///
///
///
///
///
///
///

Respectfully submitted,

|   |   |
|---|---|
|   | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: January 18, 2018 | /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 18, 2018 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>DARRYL BRADLEY |

**O R D E R**

IT IS SO ORDERED.

Dated: **January 19, 2018**        **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE