IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00007-LJO |
| Plaintiff, | ) |
| vs. | ) ORDER OF RELEASE |
| DARRYL BRADLEY, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on January 29, 2018 to CREDIT FOR TIME SERVED as of February 1, 2018,

IT IS HEREBY ORDERED that the defendant shall be released on February 1, 2018. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **January 29, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE